# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TERRANCE FALLS,
On Behalf of Himself and All
Others Similarly Situated,

        **Plaintiff,**

      v.                                          Case No. 19-CV-999

US-REPORTS, INC.,
d/b/a AFIRM,

        **Defendant.**

# ORDER

Currently pending before the court is the parties' Joint Motion for Court Approval of Settlement and Dismissal of Complaint with Prejudice. (ECF No. 16.)

After reviewing the terms of the settlement agreement, the court finds the parties' settlement constitutes "a fair and reasonable resolution of a bona fide dispute" under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq. Lynn Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982); *see Walton v. United Consumers Club, Inc.*, 786 F.2d 303, 306 (7th Cir. 1986). Accordingly, the court will approve the parties' settlement agreement and

dismiss this action. The court will further order that the agreed settlement amounts be distributed in the manner set forth in the settlement agreement.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion for Court Approval of Settlement and Dismissal of Complaint with Prejudice (ECF No. 16) is **granted**.

**IT IS FURTHER ORDERED** that the parties' settlement agreement (ECF No. 16-1) is **approved**; the agreed settlement amounts shall be distributed in the manner set forth in the settlement agreement.

**IT IS FURTHER ORDERED** that this action is **dismissed** with prejudice, with each party to bear their own fees and costs. Plaintiff is precluded from bringing any further claims against Defendant under the Fair Labor Standards Act, Wisconsin's Wage Payment and Collection Laws, or any other federal, state or local law, for unpaid wages, including minimum wages and overtime pay for the period set forth in Plaintiff's complaint.

Dated at Milwaukee, Wisconsin this 1st day of April, 2020.

_William E. Duffin_
WILLIAM E. DUFFIN
U.S. Magistrate Judge